

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

FORD MOTOR CREDIT COMPANY                    PLAINTIFF

VS.                          CIVIL ACTION NO. 2:04-CV-3KS-JMR

RICHARD L. WARD                              DEFENDANT

### DISMISSAL OF COUNTERCLAIM

The Court being advised that the defendant does not desire to pursue further the counterclaim filed in this action, it is therefore

ORDERED, that the defendant's counterclaim is dismissed with prejudice.

SO ORDERED, this the 14th day of November, 2005.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE

Submitted by:

John S. Hill